UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN C. BENNETT,<br><br>                   Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE,<br><br>                   Defendants. | Case No.: 3:20-cv-02263-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[ECF No. 4]** |

I.  **INTRODUCTION**

Plaintiff Bryan C. Bennett ("Plaintiff") brings this action against Defendant Barclays Bank Delaware ("Defendant") for unlawful collection of a debt.  ECF No. 1.

Before the Court is a Joint Motion to Extend the Time for Defendant to File a Responsive Pleading (the "Joint Motion").  ECF No. 4. After considering the papers submitted, supporting documentation, and applicable law, the Court **GRANTS** the Joint Motion.  Defendant shall have until January 14, 2021 to file a responsive pleading.

II. **BACKGROUND**

   A.  **Statement of Facts**

On January 5, 2016, and again on September 1, 2017, Plaintiff was issued two separate consumer credit card accounts by Defendant.  ECF No. 1 at 5, ¶ 20.  In August 2020, "Plaintiff fell on financial hardship and was unable to maintain the regular monthly

payments." ECF No. 1 at 5, ¶ 20.  After Defendant called Plaintiff multiple times per day, Plaintiff retained counsel, informed Defendant of his retention of counsel via phone call, and was re-assured that the calls would cease.  *Id.* at 5-6, ¶ 25.  Despite this assurance, the calls continued.  *Id.* at 6, ¶¶ 26-27.  On October 16, 2020 and November 12, 2020, Plaintiff's counsel sent Defendant a cease and desist letter; yet, the calls continued.  *Id.* at 6, ¶ 28, 7, ¶ 31.  Plaintiff alleges Defendant has called him in excess of one hundred times.  *Id.* at 8, ¶¶ 32-33.

### B. Procedural History

On July 8, 2020, Plaintiff filed his complaint, alleging claims for relief for (1) violation of California Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788.14(c))31, *et seq.*; (2) negligent violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA"); and (3) knowing and/or willful violations of the TCPA, seeking injunctive relief, statutory damages, and reasonable attorney's fees and costs pursuant to California Civil Code, section 1788.30(b).  ECF No. 1.

On November 24, 2020, Plaintiff filed a Declaration of Service indicating that Defendant had been served that same day.  ECF No. 3.

On December 11, 2020, the Parties filed a Joint Motion to Extend Time to Respond to Plaintiff's Complaint.  ECF No. 4.

### III. LEGAL STANDARD

Rule 12 of the Federal Rules of Civil Procedure requires a defendant to file a responsive pleading within either (1) twenty-one days of being served with the summons and complaint or (2) sixty days after the request for a waiver was sent.  Pursuant to the Local Rules, "[e]xtensions of time for answering, or moving to dismiss a complaint will only be secured by obtaining the approval of a judicial officer, who will base the decision on a showing of good case."  S.D. Cal. Civ. R. 12.1.  Thus, "[i]n the Southern District, court approval is required for *any* extension of time to answer or move to dismiss the complaint."  Phillips, Virginia A., et al., *Rutter Group Prac. Guide: Fed. Civ. Pro. Before Trial*, § 8:913 (The Rutter Group April 2020).

## IV. DISCUSSION

The Parties seek a thirty (30) day extension of time "to permit Defendant to investigate the claims prior to responding to the Complaint" as well as to "permit the parties to discuss potential early resolution." ECF No. 4 at 2:4-8. Defendant's current deadline to respond is Tuesday, December 15, 2020. The parties seek an extension of thirty days, such that Defendant will be required to file a responsive pleading by Thursday, January 14, 2021. The Court finds the Parties have stated good cause for this initial extension.

## V. CONCLUSION

The Court, having considered the Parties' Joint Motion to Extend Time for Defendant to File Responsive Pleading, hereby **GRANTS** the Joint Motion as follows:

1. The time within which Defendant must file its responsive pleading in the above captioned matter is extended to Thursday, **January 14, 2021**.

**IT IS SO ORDERED.**

DATED:   December 15, 2020

_____
**HON. ROGER T. BENITEZ**
United States District Judge