Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
BRYAN C. BENNETT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BRYAN C. BENNETT, | Case No.: 3:20-cv-02263-BEN-KSC |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE.** |
| vs. | |
| BARCLAYS BANK DELAWARE | |
| Defendant(s), | |

## JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Plaintiff BRYAN C. BENNETT ("Plaintiff"), and Defendant BARCLAYS BANK DELAWARE ("Defendant") (collectively "The Parties"), herein respectfully submit this Joint Motion for Dismissal of this Entire Action with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREAS, the Parties stipulate that the entire action, including all claims, are

1  hereby dismissed with prejudice as to Defendant, and the Parties hereby jointly move

2  to dismiss this entire action with prejudice, with each Party to bear their own fees and

3  costs.

4

5  Dated: March 10, 2021          By:    */s/ Ahren A. Tiller*
                                          Ahren A. Tiller, Esq.
6                                         BLC Law Center, APC
                                          Attorney for Plaintiff
7                                         BRYAN C. BENNETT

8

9  Dated: March 10, 2021          By:    */s/ B. Ben Mohandesi*
                                          B. Ben Mohandesi, Esq.
10                                        YU, MOHANDESI, LLP
                                          Attorney for Defendant
11                                        BARCLAYS BANK DELAWARE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Joint Motion to Dismiss*

**SIGNATURE CERTIFICATION**

I, Ahren A. Tiller, declare under the penalty of perjury of the laws of the United States that Pursuant to Section 2(f)(4) of the Electronic Case Filing Administration Policies and Procedures Manual, that the contents of this document are acceptable to the above-undersigned Counsel(s) and that I have obtained their authorization(s) to affix their electronic signature(s) to this document.

Dated: March 10, 2020                By:    */s/ Ahren A. Tiller*
                                            Ahren A. Tiller, Esq.
                                            BLC Law Center, APC
                                            Attorney for Plaintiff
                                            BRYAN C. BENNETT

*Joint Motion to Dismiss*